In the Matter of the Claim of BENJAMIN DEMEO, Respondent, against NOLA CONSTRUCTION COMPANY, Respondent and THE MASSACHISETTS BONDING AND INSURANCE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion to vacate order of dismissal denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

AGNES MAHR, Administratrix, etc., of JOSEPHINE MAHR HINDOS, Deceased, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 25456.) — Motion to dispense with the printing of certain testimony denied, on the ground that appellant's remedy is to have the case made, settled and signed before the Court of Claims in the first instance. In the event such disposition is not satisfactory, an appeal may be taken to this court from the order of settlement. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of WARREN NOURSE, Appellant, against NEW YORK STATE DEPARTMENT OF PUBLIC WORKS and THE STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for an order requiring the attorney for the State Insurance Fund to accept service of notice of appeal dated May 11, 1942, denied, without costs. Under the circumstances the appeal was not timely. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Estate of JOHN P. KELLAS, Deceased, Late of the Town of Malone, Franklin County, New York.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of Supplementary Proceedings: JACOB RUPPERT, Judgment Creditor, Respondent, v. ERIK ERIKSON, Judgment Debtor. ANITA A. PROPPER and NELLIE JACOBS, Doing Business as JACOBS BUSINESS SERVICE, Assignees, and MILTWESS REALTY COMPANY, INC., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.